**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

DESMOND WITHERSPOON,

                    Plaintiff,

       v.

LARRY HAZZARD,

                  Defendant.

**Civil Action No. 14-8021 (SRC)**

**OPINION**

**CHESLER**, District Judge

      This matter comes before the Court on the application filed by Plaintiff Desmond Witherspoon to proceed in forma pauperis without fees under 28 U.S.C. § 1915.  The Court finds that Plaintiff qualifies for in forma pauperis status, yet his Complaint will be dismissed.  The Court must examine Plaintiff's claim and dismiss it if frivolous or legally insufficient.  28 U.S.C. § 1915(e)(2).  The Complaint states as its cause of action "Liability for misleading statements" and cites, in illegible handwriting, what purports to be a provision of the United States Code. No facts are alleged. Plaintiff has failed to state a basis for federal subject matter jurisdiction, and he has failed to state a facially plausible claim for relief.  For the reasons provided in the Opinion for Civil Action No. 14-6296, Plaintiff is on notice that he may be sanctioned if he continues to file unsubstantiated and repetitive lawsuits.  An appropriate Order will be filed.

                         s/Stanley R. Chesler
                      STANLEY R. CHESLER
                      United States District Judge

Dated:  January 9, 2015